United States District Court
for The District of Columbia

**FILED**
JUL 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

July 13, 2006

Margaret Tibbs
13405 Westview Forest Drive
Bowie, MD 20720

Washington GAS
101 Constitution Avenue
Washington DC 20080

COMPLAINT: Statement of on-the-job discriminatory actions in Information Technology Services At Washington Gas

Case: 1:08-cv-01311
Assigned To : Roberts, Richard W.
Assign. Date : 7/30/2008
Description: Employ. Discrim.

March, 2002 – Instructed by Director of Information Systems to get certification in CSM (Certified Software Manager) paid for by WGL.
  Passed exam for CSM on April 2002 (See certification letter attached) and did not get a promotion. Job was given to another employee whose job had been abolished. Was told that I would be working on Helpdesk job and was paid the same pay as Administrative Assistance job. Given title as Helpdesk Special 1 after working on job several years. No promotion after 6 years on helpdesk. Did not apply for job but was given job due to down sizing of Admin jobs and abolishing Business Analysis. Placed on this job because of another person whose job had been abolished and had been working as a Business Analysis. This employee was given the software management job that I had been working on for two years. In summary I believe this took effect because of the other employee did not have to take a cut in pay to do the software job that I had been assigned to and also had the certification of a CSM but was working as a Business Analyst in IT. I feel that this was unfair practice because I was given the lesser paying job after being told to get certified and passing the test to manage IT software and had been managing the software for two years and establishing policies and procedures for users within WGL which was not acknowledged by upper management in the ITS department to meet software compliancy laws at Washington Gas. My belief is that the incidents in this report would have never happened had my supervisor/manager had made a fair decision after I had been assigned to manage the software for two years and my coworker had not been on the software job because she was assigned to be the Business Analyst for over a period of time.

    After 30 years of service and six years on the IT Helpdesk. My supervisor refused to promote me to the next level of Helpdesk tier (2) or (3) because he felt that I had no experience on the Helpdesk when I started the job and apparently had not improved over the past six years. Mr. William Garner also told me that I should have never been placed on the Helpdesk because I had no experience working on the Helpdesk and he also knew that I would have been without a job due to downsizing of the Admin Assistants in the IT department. My supervisor also knew that I was not as knowledgeable as my coworkers who had been working in IT and on the Helpdesk for over 10 years before I was given the job. Although I was performing the same duties as my Helpdesk coworkers on the same job, I was constantly being compared to one other Helpdesk co-worker while discussing my evaluation report on the last several evaluation reports when I had met with him. Although I was assigned to the Helpdesk position by the Director of IT (Mr. Leon Hamlin) who has since then left the company. Mr. William Garner was Manager over

RECEIVED
JUL 1 6 2008
Clerk, U.S. District and
Bankruptcy Courts

1

the Helpdesk and I am sure he had a say in this matter as far as me being given the Helpdesk job. . Therefore Mr. Garner has been in charge of the Helpdesk over the last 6 years of my duties as Helpdesk Specialist 1 and it took him three years before he gave me the title of Helpdesk Specialist 1. I do not recall my supervisor reporting to me of any promotion to increase my salary because I was working as Helpdesk Specialist 1. I continued to receive annual salary raises working as Administrative Assistant for 2 hours and 6 hours on the Helpdesk. This continued for a period of 2 years and I do not recall my salary being changed from that of an Administration Assistant nor was there an announcement made in the Energy Edge as WGL normally print names and positions of all employee promotions in the Energy Edge news letter..As far as I know I had to call Payroll to find out my job title after several years on the Helpdesk.or if my title was that of a Helpdesk Specialist 1. I do not recall a change in pay rate at this time being that I was on an administrative assistant pay scale during the first three years of my Helpdesk position. I do not know of any promotion or could not determine any change in my pay rate other than my annual raise for six years of work that I did while working as Helpdesk Specialist or Helpdesk Specialist 1 title during the time I worked for the ITS department at Washington Gas..

**Evaluation Reports**
As long as I had been working for Washington Gas I received MR's and some ER's over 29 years of service for Washington Gas. The last several evaluation reports given to me by Mr. William M. Garner after my 30 years of service at Washington Gas were scored with PMs (Partially Meet Requirements) and DMs.(Do Not Meet Requirements) after six (6) years of being on the job as Helpdesk Specialist 1. I find that this was strange that he did not remind me that I was partially trained or did not meet requirements before the six years on this one particular job. I figured within the second year of working on the Helpdesk Mr. Garner would have brought this to my attention. However, after six years working as Helpdesk Special he scored me as partially meet requirements and Do not meet requirements on my evaluation reports.When I discussed with him that I would like to be placed on another position in IT or what could I do to improve he responded by saying I don't know. Mr. Garner complained to me that I was not meeting the required number or percentage of calls expected to qualify for promotion on the Helpdesk. I then asked Mr. Garner at what point did helpdesk work end and Desktop Support began, because we were expected to do Helpdesk and desktop support when other desktop support was not present in the office, and Mr. Garner told me that he did not know. I truly believe that Mr. Garner had too many employees reporting to him to keep up with all that was going on in the Helpdesk office being that he was not physically located in the Helpdesk area where he would be able to determine what all of his employees were doing. Also, I was assigned the late shift so I did not receive as many calls as my coworkers who came in on the early shift at which the bulk of the calls came in on the early shift and most of the workers started going home as early as 2:30 p.m. So sometimes, I did not received any calls during the evening hours which also caused my percentage of calls to be much less than some of my coworkers. . I do not believe that all calls that I received was accounted for although we had a tracking system. I do not

believe that this was the reason that I was not promoted.. My belief is that this was because Mr. Garner wanted me to retire due to the downsizing in the ITS department. After becoming aware that his decision on my evaluation report was final. I indicated to him that I would go to Human Resource to asked for a raise or promotion, and he responded that if I go to HR that it would take a long time before I get anything. This would have included the merit pay for the year ending December 2006. Which was given out sometimes during the middle of December 2006. Due to this response I therefore made an attempt to say thank you and leave his office without further discussion in the matter. Mr. Garner called me back to continue to talk and I responded that's okay because I began feeling sick and dizzy and I know that Mr. Garner had no intentions of changing anything that he had on my evaluation report so I refuse to sign off until I thought it over. The following day I wrote a note on some of the changes that I would like for him to rewrite on my evaluation report because he had written information on my report that made me look incompetent on my job. He read the information and said if I would sign off on the report that he would make one of the changes but could not change anything else because (they) questioned him about his changes. I am not sure who he meant by saying (they) because he did not give specific names as to who questioned him why he wanted to change the information that he had already put on my report. However, in my final decision realizing that he did not intend to make any changes other than the one change out of four that I had asked him to make on my evaluation report, and in order to receive my merit pay in December 2006 I signed off on the report. I was in no condition to argue with him about getting a promotion or raise because I was so stressed out and disgusted after receiving PMs and DMs on my report in which I had never received in 29 years of service. My belief is that Mr. Garner retaliated against me because I would not retire and when I did retire he hired an outside contractor to do my job.

## Incident causing embrassment during ITS All Staff Meeting

During July and August the ITS Helpdesk Team upgraded all company PCs to Win/XP and Win/2003 and during this time I was involved in the updating of all user's PCs in the Washington Gas Light Co. (See document attached) After the project was finished the ITS CEO Wilma Rubock Kumar held an All ITS Staff meeting for the appreciation of all team members responsible for completing this project in the small auditorium at Washington Gas via Video. Also names were displayed on screen and monetary gifts were presented by the ITS CEO Wilma Rubock Kumar to all ITS staff members that where involved in helping out on this project and was awarded monetary gifts from the IT upper management directors, area heads etc.

During the listing of the IT Helpdesk Team Members via video and in front of all ITS staff, my name was not listed as a teammate who helped completed the project, nor was I compensated for helping out with this project with other Helpdesk/Desktop teammates although my name was listed in the WGL company news letter (Energy Edge on November 6, 2006). Also, The CEO Wilma Rubock Kumar presented monetary gifts to employees in this meeting and did not present me with an envelope so all employees

were well aware of the fact that I was the only Helpdesk employee that was not acknowledged or considered during this meeting. After the meeting many of the IT employees stopped speaking and talking to me and I felt very embarrassed because I never encountered a problem with any IT employees and was able to get along with all members. I felt that this happened because of my supervisor (Area Head) who was pushing to make me retire from the company and although my overall evaluation report was MR the DM rating that he gave me due to information he put on my evaluation report did not make himself look good for upper management which was mentioned by Mr. Garner in my evaluation review meeting with him in December 2006.. I could no longer take the retaliation from my supervisor I became ill due to my blood pressure from having a meeting with my supervisor concerning my evaluation report, which I felt was very unfair because he was not physically located in the Helpdesk area; yet he could criticize my work by relying on other Helpdesk coworkers concerning my work. Whatever he was told that I was doing or was not doing right, Mr. Garner use this information given to him on my evaluation report to prove that I was not doing a good job on the Helpdesk. I was stressed so much over this situation that I became ill with my blood pressure and was on sick leave for over two months because my doctor was unable to stablelize my high blood pressure. I know my supervisor was aware of the fact that I had high blood pressure problems because I had discussed it with him before these incidents occurred and during earlier times when I was out sick on several occasions with high blood pressure problems. I retired from my job on May 1, 2007, not because I wanted to retire but due to my health, harassment and ridicule situation I was in while working under the management of Mr. Garner. Due to the turmoil and stress that I have been put through during my time on this job I feel that I should be considered and compensated back pay for the work that I was doing in the IT department over the last six years that I was not given credit or promoted for and the ridicule, stress and health problems that I encountered because of my supervisor's behavior. (See disability documents attached).

Please feel free to contact me for further details in this case.


Thank you for looking into this matter.

*Margaret Tibbs* (signature)

Margaret Tibbs
Home(240) 295-0267
Cell (301) 366-1739

January 10, 2008

Ms. Yofi D. Weinberg
Federal Investigator
U.S. Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507

Re: 570-2007-01916
    Tibbs v. Washington Gas and Light

Dear Ms. Weinberg,

This is information to be added to the Case #570-2007-01916 for Tibbs v Washington Gas and Light Company. In my recent complaint I did not present you with any witnesses as to the complaints of discrimination I filed with EEOC. I would like to add a witness that was an employee at Washington Gas during the time some of these incidents occurred. Ms. Doris Ireland has given me her permission to submit to you her name and telephone number as a contact to witness the discrimination acts that occurred not only while she was there as an employee but how she was treated when she tried to receive her disability pay after she was disabled and could no longer work for Washington Gas. Ms. Ireland is still at home sick from her incident and confined to bed. When I spoke with her she told me to give her number to EEOC and that she would be glad to witness by telephone or letter because of her condition.

Ms. Doris Ireland can be reached at the following number if you wish to contact her concerning this case (301-203-6530). Ms. Ireland's email address is Irelador@netzero.com This is only to name one of the people who I could make contact with but can be an asset to the case. There are others who have since left the company during reorganization and was unable to get other jobs within the company that they had applied for during this time. I hope that this information will further assist you in making your decisions in this case.

Thank you for your assistance in this case.


Margaret Tibbs
(H) 301-352-3727
CELL: 301-325-5427

Please note new address: Margaret Tibbs
                        13905 Westview Forest Drive
                        Bowie, MD 20720



08 1311
FILED

JUL 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N. W., Suite 100
Washington, D. C. 20507
(202) 419-0713
TTY (202) 419-0702
FAX (202) 419-0740
Toll Free (866) 408-8075
General Information (800) 669-4000

APR 17 2008

Margaret Tibbs
9814 Pheasant Run Ct.
Laurel, MD 20708

Re:    570-2007-01916

Dear Ms. Tibbs:

Our charge handling procedures and enforcement plan call for us to focus on those cases that are most likely to result in findings of violations of the laws we enforce. Our review of the evidence provided at intake fails to indicate that a violation has occurred and suggests that it is not likely that additional investigation will result in our finding a violation.

You allege that Washington Gas & Light discriminated against you due to your age and in retaliation by denying you compensation for a project you worked on, giving you a poor performance evaluation, and denying you a promotion. The burden of proof rests with you, the Charging Party, to show that the company's stated reasons for taking these actions were either untrue or that others of a different protected class were treated more favorably under similar circumstances. The evidence you have provided does not meet this burden. For example, you have indicated that an employee in your protected class (age 40 or older) was promoted over you, which suggests that age was not a factor in your being denied a promotion.

Concerning your allegation of retaliation, the retaliation you described does not fall within the meaning of retaliation as covered by the Commission. There are three essential elements of a retaliation claim: 1) you participated in a protected activity; 2) adverse action was taken against you; and 3) there is a causal connection between the protected activity and the adverse action. According to the evidence you presented, there was no mention of anything that would constitute a protected activity under Title VII. Protected activities include filing a charge of discrimination, participating in an investigation regarding discrimination, or voicing opposition to unlawful employment discrimination.

It appears that even with further investigation, it is unlikely that the Commission would be able to substantiate your claim of discrimination. Your "Dismissal and Notice of Rights" is enclosed. If you wish to pursue the charge on your own, you may file a lawsuit in Federal District Court using the enclosed Notice. Your lawsuit must be filed within 90 days of receipt of this Notice, otherwise, your right to sue based on this charge will be lost.

Sincerely,

Yofi D. Weinberg
Federal Investigator

Enclosure

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Margaret Tibbs<br>9814 Pheasant Run Ct.<br>Laurel, MD 20708 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|---|---|

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2007-01916 | Janet Stump,<br>Enforcement Supervisor | (202) 419-0736 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

Dana Hutter,
Director

APR 17 2008

*(Date Mailed)*

Enclosures(s)

cc:   Human Resources Department
WASHINGTON GAS AND LIGHT COMPANY
101 Constitution Ave., N.W.
Washington, DC 20080

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

H
08-1311
RWR

## I (a) PLAINTIFFS
MARGARET TIDOS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~88888~~
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (N/A)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
WASHINGTON GAS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATT
Case: 1:08-cv-01311
Assigned To : Roberts, Richard W.
Assign. Date : 7/30/2008
Description: Employ. Discrim.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

(1)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br><br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000 Employ. Discrimination

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☒ NO  If yes, please complete related case form.

DATE 7.30.08   SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\Forms\js-44.wpd