CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARGARET TIBBS )
                     )
                     )
        Plaintiff )
                     )
        v. )        Civil Case Number 08-1311(CKK)
                     )
                     )
                     )
WASHINGTON GAS )        Category   H
                     )
                     )
        Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 8,  2008 from

Judge Richard W. Roberts to Judge Colleen Kollar-Kotelly by direction of the

Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:    Judge Roberts & Courtroom Deputy
       Judge Kollar-Kotelly & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk