**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET TIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1311 CKK |
| | ) |
| WASHINGTON GAS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Washington Gas Light Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Washington Gas Light Company which have any outstanding securities in the hands of the public:

1) WGL Holdings, Inc., traded as WGL on the New York Stock Exchange, is the parent company of Washington Gas Light Company.

2) Washington Gas Light Company has 280,600 shares of preferred stock outstanding in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of record for Washington Gas Light Company:

Respectfully submitted,
WASHINGTON GAS LIGHT COMPANY


_____/s/_ Paul H. Teague_____
By:  L. Edward Funk (D.C. Bar #201327)
     Paul H. Teague (D.C. Bar #459271)
Attorneys for Washington Gas Light Company
Office of General Counsel
101 Constitution Avenue, N.W.
Washington, D.C. 20080
(202) 624-6331

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate Required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia was sent via first class, U.S. mail, postage pre-paid, this _25th_ day of _August_, 2008 addressed to the following:

Margaret Tibbs
13905 Westview Forest Drive
Bowie, MD 20720


_____/s/_ Paul H. Teague_____