UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET TIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1311 CKK |
| | ) |
| WASHINGTON GAS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO QUASH DEFECTIVE SERVICE OF PROCESS**

Washington Gas Light Company (Washington Gas), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 12(b)(5), moves the Court to quash Plaintiff's defective service of process. Plaintiff has failed to effectuate service of process on any person authorized to receive service of process on behalf of Washington Gas. In further support of this motion, Washington Gas relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,
WASHINGTON GAS LIGHT COMPANY


_____/s/  Paul H. Teague_____
By:  L. Edward Funk (D.C. Bar #201327)
     Paul H. Teague (D.C. Bar #459271)
Attorneys for Washington Gas Light Company
Office of General Counsel
101 Constitution Avenue, N.W.
Washington, D.C. 20080
(202) 624-6331

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Quash Defective Service of Process was sent via first class, U.S. mail, postage pre-paid, this _25th_ day of _August_, 2008 addressed to the following:

Margaret Tibbs
13905 Westview Forest Drive
Bowie, MD 20720


　　　　　/s/ Paul H. Teague_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET TIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1311 CKK |
| | ) |
| WASHINGTON GAS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH DEFECTIVE SERVICE OF PROCESS**

Washington Gas Light Company (Washington Gas) has moved the Court to quash Plaintiff's defective service of process pursuant to Fed. R. Civ. P. 12(b)(5). In support of this motion, Washington Gas submits the following:

**I. BACKGROUND**

Washington Gas is the natural gas public utility in the Washington metropolitan area with its main operating facility at the Springfield Operations Center (SOC) in Fairfax County, Virginia. Plaintiff was a Washington Gas employee at SOC before retiring from the company in 2007.

On July 30, 2008, Plaintiff filed the instant action. The Summons, prepared July 31, 2008, is addressed to "Washington Gas, 101 Constitution Ave., N.W., Washington, D.C. 20030." *See* Exhibit 1, Summons.

On August 4, 2008, the U.S. Marshals Service sent, via certified and registered mail, a Notice and Acknowledgement of Receipt of Summons and Complaint by Mail (Notice and Acknowledgment) in an envelope addressed to

3

"Washington Gas, 101 Constitution Ave., N.W., Washington, D.C. 20030." *See* Exhibit 2, envelope and Notice and Acknowledgment.

On August 19, 2008, the U.S. Marshalls Service filed with the Court the Notice and Acknowledgment. There is no evidence that an authorized person from Washington Gas executed the Notice and Acknowledgment. Rather, a U.S. Postal Service green card was attached to the Notice and Acknowledgment, indicating delivery on August 6, 2008. *See* Exhibit 3, Notice and Acknowledgement filed August 19, 2008. However, the person who signed the green card is not "an officer, a managing or general agent or any other agent authorized by appointment or by law to receive service of process" on behalf of Washington Gas. *See* Exhibit 4, Affidavit of Douglas V. Pope.

## II.  ARGUMENT

<u>THE PURPORTED RETURN OF SERVICE MUST BE QUASHED BECAUSE PLAINTIFF HAS FAILED TO PROPERLY EFFECTUATE SERVICE OF PROCESS ON WASHINGTON GAS.</u>

Under District of Columbia law, service by certified mail is proper only if the return receipt is actually signed by an individual designated to receive service of process. *Cruz-Packer v. District of Columbia*, 539 F. Supp. 2d 181, 187 (D.D.C. 2008) (*citing* D.C. Super. Ct. R. Civ. R. 4; *Eldridge v. Dist. of Columbia,* 866 A.2d 786, 787-88 (D.C. 2004); *Larry M. Rosen & Assoc., Inc. v. Hurwitz,* 465 A.2d 1114, 1117 (D.C. 1983) (service invalid when receptionist authorized to receive mail, but not service of process, signed return receipts)). When a defendant makes a Fed. R. Civ. P. 12(b)(5) motion, plaintiff has the burden of

4

proof to establish that service of process was adequate. *Cooper v. Conn. Pub. Defender's Office*, 480 F. Supp. 2d 536, 537 (D. Conn. 2007).

The Notice and Acknowledgment mailed by the U.S. Marshals Service states that "[t]he enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law." Fed. R. Civ. P. 4(e)(1) provides: "an individual…may be served in a judicial district of the United States by:  (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made…"

Rule 4(h) of the Superior Court Rules of Civil Procedure provides, in applicable part, that service upon a domestic corporation shall be effected "…by delivering a copy of the summons, complaint and initial order to an officer, a managing or general agent or any other agent authorized by appointment or by law to receive service of process . . . ." D.C. Super. Ct. R. Civ. P. 4(h)(1).

Here, Plaintiff has failed to achieve service of process upon an officer, managing or general agent or any other agent authorized to accept service on behalf of Defendant corporation.  Neither the Summons nor the envelope containing the Notice and Acknowledgement is addressed to an officer or other person authorized to receive service of process on behalf of Washington Gas.  In fact, neither the Summons nor the envelope containing the Notice and Acknowledgment is addressed to any person.  Because there is no evidence that an authorized person from Washington Gas executed the Notice and Acknowledgement, Washington Gas has not waived service of process.

Finally, the person who signed the green card is not an "an officer, a managing or general agent or any other agent authorized by appointment or by law to receive service of process" on behalf of Washington Gas.  *See* Exhibit 4, Affidavit of Douglas V. Pope.  Thus, service of process is deficient and ineffective to provide sufficient due notice to Washington Gas of this action.[1]

### III. CONCLUSION

Plaintiff's initial attempt at service of process is fatally defective. Accordingly, Plaintiff's purported return of service should be quashed.

>Respectfully submitted,
>WASHINGTON GAS LIGHT COMPANY
>
>
>_____/s/_ Paul H. Teague_____
>By:  L. Edward Funk (D.C. Bar #201327)
>     Paul H. Teague (D.C. Bar #459271)
>Attorneys for Washington Gas Light Company
>Office of General Counsel
>101 Constitution Avenue, N.W.
>Washington, D.C. 20080
>(202) 624-6331

---

[1] Washington Gas reserves the right to plead further after the Court rules on the instant motion.

6

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Support of Motion to Quash Defective Service of Process was sent via first class, U.S. mail, postage pre-paid, this _25th_ day of _August_, 2008 addressed to the following:

Margaret Tibbs
13905 Westview Forest Drive
Bowie, MD 20720


_____/s/_ Paul H. Teague_____

# EXHIBIT 1

Case 1:08-cv-01311-CKK     Document 6-2     Filed 08/25/2008     Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## SUMMONS IN A CIVIL ACTION

MARGARET TIBBS

v.   CASE NUMBER:  08-1311 RWR

WASHINGTON GAS

WITHOUT PREPAYMENT
OF COSTS

TO: (Name & Address of Defendant)

WASHINGTON GAS
101 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20030

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PRO SE PLAINTIFF (name & address)

MARGARET TIBBS
13905 WESTVIEW FOREST DRIVE
BOWIE, MARYLAND 20720

an answer to the __COMPLAINT__ which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the __COMPLAINT__ Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
         Deputy Clerk

Date:  JUL 3 1 2008

# EXHIBIT 2



U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of  Columbia

TO: Washington Gas
101 Constitution Ave., NW
Washington, DC  20030

Civil Action, File Number  08-1311 RWR

Margaret Tibbs
v.
Washington Gas

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within      days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within      days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

8/4/08
Date of Signature

Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

City, State and Zip Code

Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

# EXHIBIT 3



U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Washington Gas
101 Constitution Ave., NW
Washington, DC 20030

Civil Action, File Number 08-1311 RWR

Margaret Tibbs
v.
Washington Gas

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

8-4-08   C.A. 08-1311

_____
(Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Washington Gas
101 Constitution Ave., NW
Washington, DC 20030

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   Antheh Kebede   05/06/08

☐ Yes
☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1140 0002 9851 3805

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

D COMPLAINT
the complaint in the above captioned

ntity/Authority to Receive

USM Form-299
Rev. 10/03
Automated 10/03

# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET TIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1311 CKK |
| | ) |
| WASHINGTON GAS, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF DOUGLAS V. POPE

I, Douglas V. Pope, hereby state that:

1. I am over the age of eighteen, suffer no legal disabilities, have personal knowledge of the facts set forth below, and am competent to testify.

2. I am the Corporate Secretary for Washington Gas Light Company. I have held the position of Corporate Secretary for 29 years. In that capacity, I am familiar with all those persons authorized to receive service of process on behalf of Washington Gas.

3. I have reviewed the green card filed by the U.S. Marshals Service in this matter. The person who signed the green card is not an "officer, a managing or general agent or any other agent authorized by appointment or by law to receive service of process" on behalf of Washington Gas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2008

_____
Douglas V. Pope
Corporate Secretary
Washington Gas Light Company

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET TIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-1311 CKK |
| | ) |
| WASHINGTON GAS, | ) |
| | ) |
| Defendant. | ) |

### ORDER

UPON CONSIDERATION of Defendant Washington Gas Light Company's Motion to Quash Defective Service of Process, any opposition thereto, and the entire record herein, it is this _____ day of _____, in the year _____ hereby

ORDERED that the Motion to Quash Defective Service of Process be and hereby is GRANTED; and it is further

ORDERED that the return of service filed on August 19, 2008 be and hereby is QUASHED.

_____
U. S. District Court for the District of Columbia
Judge Colleen Kollar-Kotelly

cc:

L. Edward Funk, Esq.  
Paul H. Teague, Esq.  
Washington Gas Light Company  
101 Constitution Avenue, N.W.  
Washington, D.C. 20080

Margaret Tibbs  
13905 Westview Forest Drive  
Bowie, MD 20720