UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET TIBBS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WASHINGTON GAS & LIGHT CO.,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 08-1311 (CKK) |

## ORDER

The plaintiff in this action has been granted leave to proceed *in forma pauperis*. In such circumstances, service of process on the defendant is effected by the United States Marshal Service at the direction of the Court. The defendant has moved to quash the return of service. In support, the defendant has submitted a declaration stating that service did not comply with Rule 4 of the Federal Rules of Civil Procedure because service was not made on an individual authorized to accept service of process. Accordingly, it is hereby

ORDERED that defendant's motion to quash is GRANTED, and the return of service filed August 19, 2008 is QUASHED. It is

FURTHER ORDERED that the United States Marshal Service is DIRECTED to serve the defendant corporation by serving the summons and a copy of the complaint on the defendant's registered agent, Roberta Sims, at 101 Constitution Avenue, N.W., Washington, D.C. 20080.

DATE: September 1, 2008

      /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge